MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**July 21, 2025**

Honorable Hector Gonzalez
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

> **Re:    *Lopez v. 174 Street LLC et al***
> ***Civil Action No.:1:25-cv-03197-HG***
> ***Joint Notice of Settlement***

Dear Honorable Judge Gonzalez,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's July 18, 2025 Order, the Court granted the Defendant's motion requests, with their answer due on July 30, 2025. Foremost in this suit, the Plaintiff and Defendants have completed successful settlement negotiations and thus file this letter to apprise the Court that the parties have just reached a Settlement in Principle and are in the process of preparing the requisite Settlement papers and agreements therewith.

Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a  Final Stipulation of Dismissal could be filed in the coming month or two as the exact terms are finalized and the Settlement Papers are perfected.

We thank you for the Court's time and attention to this matter.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only