UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-03197-HG**

**Samuel Lopez**,
      Plaintiff,
vs.

**Campos Grill Inc.**,
      Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: September 20, 2025

By: */s  Maria-Costanza Barducci*
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

By: */s   Robert Aronov*
    Robert Aronov, Esq.
    Robert Aronov & Associates, P.C.
    88-02 132nd Street
    Richmond Hill, NY 11418
    718-206-1555
    Fax: 718-206-1227
    Email: lawaronov@aol.com
    *Attorney for Campos Grill inc*

cc: Via CM/ECF