UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-03197-HG**

| | |
|---|---|
| **Samuel Lopez**,<br>Plaintiff,<br><br>vs.<br><br>**174 Street LLC**,<br>**Campos Grill Inc**,<br>Defendants. | <u>**JOINT STIPULATION OF VOLUNTARY**</u><br><u>**DISMISSAL WITH PREJUDICE**</u> |

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: September 26 2025

By: /s Maria-Costanza Barducci
Maria-Costanza Barducci, Esq.
BARDUCCI LAW FIRM PLLC.
5 West 19th St., 10th Fl.
New York, NY 10011
Telephone: (212) 433-2554
mc@barduccilaw.com
*Attorneys for Plaintiff*

By: /s Thomas A. Catalano
Thomas A. Catalano
Lester Schwab Katz & Dwyer, LLP
100 Wall Street,
New York, New York 10005
212.341.4298
tcatalano@lskdnylaw.com
*Attorney for 174 Street LLC*

cc: Via CM/ECF